**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANDRES GUILLERMO DAVILA MIRANDA,** | : | **CIVIL ACTION NO. 1:26-CV-3195** |
| **Petitioner,** | : | **(Judge Neary)** |
| **v.** | : | |
| **CRAIG LOWE, WARDEN of Pike County Correctional Facility, et al.,** | : | |
| **Respondents.** | : | |

**ORDER**

AND NOW, having considered the petitioner's motion for temporary restraining order (Doc. 3), and for the reasons outlined in the accompanying memorandum, the court hereby ORDERS:

1. The petitioner's motion (Doc. 3) is DENIED IN PART, as to the request for a temporary restraining order.[1]

2. The court shall hold a conference call with the parties on **Thursday, November 5, 2026** at **10:00 a.m.** The parties should come prepared to discuss if there is need of an evidentiary hearing in relation to petitioner's request for a preliminary injunction, or if the parties are prepared to proceed straight to argument and, if so, if oral argument is necessary or if the parties prefer to proceed through briefs.

3. The parties shall call-in to the conference call number **646-828-7666** using the phone conference ID **165 887 4431**. At the time the call is placed, counsel for all parties shall be on the line and prepared to proceed.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

[1] The court construes this motion to also move for a preliminary injunction, and that portion of the order is not ruled upon here.